

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00755-CR

Jonathan Andrew **PERALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0068
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due March 27, 2019. However, the court granted appellant an extension of time to file the brief until April 26, 2019. The brief was not filed. We **ORDER** appellant's appointed counsel, Angela J. Moore, to file appellant's brief in this court on or before May 27, 2019.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court